**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| DAVID LOUIS WHITEHEAD | CIVIL ACTION NO. 25-1236 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| MARTIN LEMELLE, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

The Magistrate Judge issued a well-reasoned and thorough Report and Recommendation, Record Document 156. As the Magistrate Judge recounted, the plaintiff, David Louis Whitehead ("Whitehead"), has an incredible history of abusing the judicial process. He has done so again here. Whitehead has filed dozens of incomprehensible, frivolous motions, despite a warning not to do so. Even now, when faced with the dismissal of his action for duplicative and abusive filings, Whitehead has filed two different objections to the Report and Recommendation. Record Documents 160-2, 161-1. His motion practice has needlessly consumed the already limited resources of the Court. That ends now.

For the reasons assigned in the Report and Recommendation, Record Document 156, and after a de novo review of the record, including the written objections filed, Record Documents 160-2, 161-1, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that the Motion to Allow Plaintiff to Exceed the Page Limit for his Opposition to Magistrate Judge's Memorandum Order Relating to Report and

Recommendation to Dismiss with Prejudice Due to Sanctions or in the Alternative Allow Added Time to Respond, Record Document 160, is **GRANTED IN PART**. The plaintiff's request for leave to file excess pages is granted, and the Clerk of Court is instructed to file into the docket of this proceeding the plaintiff's proposed pleading, Record Document 160-2, making the plaintiff's request for additional time to respond moot.

**IT IS FURTHER ORDERED** that the Motion for Leave to Exceed the Page Limit for his Objection to Magistrate Judge's Report and Recommendation to Dismiss with Prejudice Due to Sanctions or in the Alternative Allow Added Time to Respond, Record Document 161, is **GRANTED IN PART**. The plaintiff's request for leave to file excess pages is granted, and the Clerk of Court is instructed to file into the docket of this proceeding the plaintiff's proposed pleading, Record Document 161-1, making the plaintiff's request for additional time to respond moot.

**IT IS FURTHER ORDERED** that all the claims of the plaintiff, David Whitehead, asserted in this civil action against all named defendants are **DISMISSED WITH PREJUDICE** as a sanction based on the inherent power of the court.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as moot.

**DONE AND SIGNED** at Shreveport, Louisiana, this 21st day of August, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE